[No. 7492–0–I.   Division One.   June 9, 1980.]

GENERAL TEAMSTERS LOCAL 174, INTERNATIONAL BROTHER-
HOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND
HELPERS OF AMERICA, *Appellant*, v.
WILLIAM H. SIMMONS,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 826249, Stanley C. Soderland, J., entered
March 21, 1979. *Remanded* by unpublished opinion per
Durham–Divelbiss, J., concurred in by Swanson and Ring-
old, JJ.

[No. 7558–6–I.   Division One.   June 9, 1980.]

DOUGLAS J. WYMAN, *Appellant*, v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 838183, Herbert M. Stephens, J., entered
March 26, 1979. *Affirmed* by unpublished opinion per Cal-
low, C.J., concurred in by Andersen and Dore, JJ.

[No. 3253–2–III.   Division Three.   June 10, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD C.
SPARKLIN, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 20362, Bruce P. Hanson, J., entered
January 26, 1979. *Reversed* by unpublished per curiam
opinion.